


# United States District Court
## Southern District of Florida

**UNITED STATES OF AMERICA**
    Plaintiff
- vs
**Conrad GALLANT**
    Defendant

**CASE NUMBER:** CR: 12-2309-White

**REPORT COMMENCING CRIMINAL ACTION**

97931-004
    USMS NUMBER

**TO: CLERK'S OFFICE** (MIAMI)   FT. LAUDERDALE   W. PALM BEACH
**U.S. DISTRICT COURT**         (CIRCLE ONE)

NOTE: CIRCLE APPRPRIAT LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE    N/A.

(1) **DATE AND TIME OF ARREST:** 3/6/2012  1615  A M ___  PM X

(2) **LANGUAGE SPOKEN:** English

(3) **OFFENSE CHARGED:** 18 USC 2423(c) Engaging in illicit Sexual conduct in foreign places

(4) **DATE OF BIRTH:** 1/16/1951

(5) **TYPE OF CHARGING DOCUMENT:**    (CHECK ONE)
  { } INDICTMENT            {X} COMPLAINT TO BE FILED/ALREADY FILED
  { } BENCH WARRANT FOR FAILURE TO APPEAR
  { } PROBATION VIOLATION WARRANT
  { } PAROLE VIOLATION WARRANT
  **ORIGINATING DISTRICT:** District of Massachusetts

(6) **REMARKS:** ___

(7) **DATE:** 3/6/12    (8) **ARRESTING OFFICER:** Special Agent Timothy Sauer

(8) **AGENCY:** U.S. Immigration & Customs Enforcement  (10) **PHONE:** 1-800-973-2867

(11) **COMMENTS:** ___